

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 25, 2021

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Toby Murchison*, 21 Mag. 8206

Dear Judge Davison:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 21 Mag. 8206, and related arrest warrant for Defendant Toby Murchison, as I have been advised that the Defendant has been arrested.

So ordered 8/25/21

*[signature]*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *[signature]*

Stephanie Simon
Assistant United States Attorney
Tel: (914) 993-1920

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE